# ELECTRONIC RECORD

806-15
807-15

COA # 02-14-00513-CR                 OFFENSE:  21.11

STYLE: Karl Dean Jackson v. The State of Texas        COUNTY:  Tarrant

COA DISPOSITION:  AFFIRM              TRIAL COURT:  396th District Court

DATE: 06/25/15          Publish: NO   TC CASE #:  1319320D

## IN THE COURT OF CRIMINAL APPEALS

806-15
807-15

STYLE: Karl Dean Jackson v. The State of Texas        CCA #:

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____                       JUDGE: _____

DATE: 08/26/2015                        SIGNED: _____      PC: _____

JUDGE: _____                  PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD